FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

PD-0399-15

PD-

PD-0399-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/7/2015 1:35:20 PM
Accepted 4/15/2015 10:51:09 AM
ABEL ACOSTA
CLERK

| MAHMOUD AFHAMI | X | IN THE COURT OF CRIMINAL APPEALS |
| | X | |
| | X | |
| VS. | X | |
| | X | |
| | X | |
| THE STATE OF TEXAS | X | OF THE STATE OF TEXAS |

## MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW, MAHMOUD AFHAMI, Appellant, and moves for an extension of thirty (30) days in which to file his Petition for Discretionary Review, until and including May 18, 2015, and would further show as follows:

A.    On March 17, 2015, in cause number 14-13-01013-CR, styled "Mahmoud Afhami vs. The State of Texas," the Fourteenth Court of Appeals affirmed the Appellant's conviction for terroristic threat against a member of Appellant's family. No motion for rehearing was filed.

B.    The deadline for filing the Petition for Discretionary Review in this cause is currently Thursday, April 16, 2015.

C.    A request is hereby made for an extension of time to file the Appellant's Brief, until and including Monday, May 18, 2015.

D.    The undersigned attorney, Bob Wicoff, has been unusually busy with other matters which have kept him from completing the PDR by the current deadline, including, but not limited to, the following:

FEANYICHI UVUKANSI VS. THE STATE OF TEXAS; No. 01-14-00527-CR; Appellant's brief filed on March 9, 2015 (capital murder);

GRISELDA AZA VS. THE STATE OF TEXAS; Nos. 14-14-00241-CR and 14-14-00242-CR; Appellant's brief filed March 11, 2015;

RICHARD SCOTT VS. THE STATE OF TEXAS; No. 14-14-00726-CR; Appellant's brief filed March 18, 2015;

NORMA SANCHEZ VS. THE STATE OF TEXAS; No. 14-14-00780-CR; Appellant's brief filed March 19, 2015;

JAMIE IBARRA VS. THE STATE OF TEXAS; No. 14-13-00337-CR; Appellant's PDR filed on April 1, 2015;

Additionally, the undersigned serves on the Texas Forensic Science Commission Hair Microscopy Panel, as part of a team reviewing hundreds of cases involving possible errors in expert testimony.

D. No previous extensions have been requested. If this extension request is granted, no further extensions are expected to be needed.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

## CERTIFICATE OF SERVICE

A true copy of this motion has been served electronically on the Harris County

District Attorney's Office Appellate Division on the 7th day of April, 2015.


/s/  Bob Wicoff
**BOB WICOFF**